ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorneys
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3749
    Facsimile: (213) 894-0142
    timothy.searight@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CV 13-01432-VAP |
| | **(ED CR 03-0084-VAP)** |
| Plaintiff, | |
| | ORDER |
| v. | |
| ALONSO JEFFERSON, | |
| Defendant. | |

    It is hereby ordered that the government's response to defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set-aside or reduce sentence is due on or before October 7, 2013. Any reply is due on November 7, 2013.

    IT IS SO ORDERED.

DATED: Sept 4, 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge